## MOULDER *v.* FORREST.

ERROR TO THE SUPREME COURT OF THE DISTRICT OF COLUMBIA.

No. 371.   Argued February 5, 1869. — Decided February 15, 1869.

A writ of error is fatally defective if it lacks the test required by law, and the defective writ cannot be amended here.

THE case is stated in the opinion.

MR. CHIEF JUSTICE CHASE delivered the opinion of the court.

The motion to dismiss the writ of error for want of the test required by the process act of 1789, 1 U. S. Stat. 93, must be allowed.   The defect in the test was doubtless occasioned by an oversight of the clerk below; but a majority of the court is of the opinion that the writ cannot be amended here without departure from its established practice.   *Insurance Company* v. *Mordecai*, 21 How. 195; *Porter* v. *Foley*, 21 How. 393.                     *Dismissed.*

*Mr. Nathaniel Wilson* for plaintiff in error.

*Mr. W. S. Cox* for defendant in error.

---

## EX PARTE PARGOUD.

ORIGINAL.

No. 9.   Original.   Argued February 18, 1870. — Decided February 28, 1870.

A writ of mandamus to the Court of Claims is granted on the authority of *Ex parte Zellner*, 9 Wall. 244.

PETITION for mandamus to the judges of the Court of Claims. The case is stated in the opinion.

MR. JUSTICE NELSON delivered the opinion of the court.

This is a petition on behalf of Pargoud, the relator, for a mandamus to the Court of Claims to compel them to allow an appeal from a decree against him in that court.

The case falls within the *Case of Zellner*, 9 Wall. 244, and the motion must be granted.

*Motion for a peremptory mandamus granted.*

*Mr. Thomas J. Durant* for petitioner.

*Mr. Robert S. Hale* for respondent.